UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

YASMINE OUTLAW,

        Plaintiff,                     CASE NO. 19-CV-1092

v.

THE VILLAGE OF SHOREWOOD,
ANTHONY MILLER, and
CY KADERLIK,

        Defendants.

---

## STIPULATION TO WAIVE APPELLATE RIGHT AND STATUTORY COSTS

---

        Village of Shorewood, Anthony Miller and Cy Kaderlik, by their attorneys, MUNICIPAL LAW & LITIGATION GROUP, S.C., and Yasmine Outlaw, by her attorneys, The Law Offices of Robert A. Levine, hereby stipulate and agree to the following:

        1.     By Order for Judgment dated February 9, 2021, the United States District Court for the Eastern District of Wisconsin granted Defendants' Motion for Summary Judgment and dismissed this lawsuit in its entirety, upon its merits and with prejudice.

        2.     To avoid further litigation, Plaintiff waives her right to appeal the District Court's decision granting Defendants' Motion for Summary Judgment, and Defendants waive their right to any/all statutory costs, fees and disbursements.

        The parties agree that this case may be dismissed with prejudice and without costs, fees or disbursements.

        Dated this 3rd day of March, 2021.

                                                      **MUNICIPAL LAW & LITIGATION GROUP, S.C.**
                                                      Attorneys for Anthony Miller, Cy Kaderlik and Village of Shorewood.

By: /s/ Matteo Reginato
REMZY D. BITAR
State Bar No: 1038340
MATTEO REGINATO
State Bar No: 1089724

730 N. Grand Avenue
Waukesha, WI 53186
O: (262) 548-1340
F: (262) 548-9211
E: rbitar@ammr.net

Dated this 3rd day of March, 2021.

**THE LAW OFFICES OF ROBERT A. LEVINE**
Attorneys for Yasmine Outlaw.

By: /s/ Jonathan J. Cattey
Robert A. Levine, Bar No. 1011965
Jonathan J. Cattey, State Bar No. 1079322
630 N. Broadway
Milwaukee, WI 53202
Telephone: (414) 271-9585
Telefax: (414) 271-8506
rlevine@rlevinelaw.com
jcattey@rlevinelaw.com